**Order filed January 28, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00970-CV
_____

## IN THE INTEREST OF E.L.M., Appellant

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 321010246**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 246th District Court, Jenine Redden, informed this court that appellant had not made arrangements for payment for the reporter's record. On November 6, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c).

Appellant filed a request for additional time to pay for preparation of the record. This court granted an extension until January 15, 2014. To date, the record has not been filed, and appellant has not filed proof of payment for the record or that he has been declared indigent and permitted to appeal without the advance payment of costs. Accordingly, we issue the following order.

We order appellant to file a response to this order providing proof of payment for the reporter's record on or before **February 14, 2014.** If appellant fails to comply with this order, the court will order him to file a brief without the benefit of the reporter's record. *See* Tex. R. App. P. 37.3(c).

PER CURIAM